IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PLANT OIL POWERED DIESEL FUEL SYSTEMS, INC.,

    Plaintiff,

vs.                                                                                                                                    No. CIV 11-0103 JB/WPL

EXXONMOBIL CORPORATION; ROYAL DUTCH
SHELL, PLC; BP, PLC; CHEVRON CORPORATION;
CONOCOPHILLIPS; ASTM INTERNATIONAL f/k/a
AMERICAN SOCIETY FOR TESTING AND
MATERIALS; BP PRODUCTS NORTH AMERICA, INC.;
and CHEVRON USA, INC.

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed July 21, 2011 (Doc. 84), which dismissed without prejudice Plaintiff Plant Oil Powered Diesel Fuel Systems, Inc.'s claims that are based on the Fit-for-Purpose Guidelines as unripe and dismissed its remaining claims with prejudice for failure to state a claim. Because the Memorandum Opinion and Order disposes of all matters before the Court, the Court now enters final judgment.

**IT IS ORDERED** that Plaintiff Plant Oil Powered Diesel Fuel Systems, Inc.'s Fit-for-Purpose Guidelines claims are dismissed without prejudice, its remaining claims are dismissed with prejudice, the complaint is dismissed, and case is dismissed, and the Court enters final judgment.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

David J. Jaramillo
Maria E. Touchet
The Gaddy Jaramillo Law Firm
Albuquerque, New Mexico

-- and --

Daniel Rees Shulman
Jeremy Lloyd Johnson
Julie Boehmke
Gray Plant Mooty Mooty & Bennett, PA
Minneapolis, Minnesota

    *Attorneys for the Plaintiff*

Julian Brew
Kaye Scholer, LLP
Los Angeles, California

-- and --

David F. Cunningham
Thompson, Hickey, Cunningham, Clow, April & Dolan, P.A.
Santa Fe, New Mexico

    *Attorneys for Defendant ExxonMobil Corporation*

Andrew G. Schultz
Rodey, Dickason, Sloan, Akin & Robb, P. A.
Albuquerque, New Mexico

-- and --

D. Bruce Hoffman
David A. Higbee
Ryan Shores
Hunton & Williams LLP
Washington, DC

-- and --

Thomas G. Slater
Hunton & Williams LLP
Richmond, Virginia

  *Attorneys for Defendant Chevron Corporation*

George S. Cary
Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
Washington, DC

-- and --

Michael B. Campbell
Campbell Trial Law, LLC
Santa Fe, New Mexico

  *Attorneys for Defendant Chevron Corporation Conocophillips*

John B. Pound
Long, Pound & Komer, P.A.
Santa Fe, New Mexico

-- and --

Thomas B. O'Brien
ASTM International
West Conshohocken, Pennsylvania

-- and --

Mark P. Edward
R. Brendan Fee
Morgan, Lewis & Bockius LLP
Philidelphia, Pennsylvania

  *Attorneys for Defendant ASTM International*

Daniel Laytin
Leslie S. Garthwaite
Leslie M. Smith
Sandra Maja Fabula
Kirkland & Ellis LLP
Chicago, Illinois

-- and --

John R. Cooney
Zachary L. McCormick
Modrall Sperling Roehl Harris & Sisk PA
Albuquerque, New Mexico

 *Attorneys for Defendant BP Products North America, Inc.*